BENJAMIN DRAKE (SBN: 243207)
benjamin@drakelawgroup.com
JEFF BONELLI (SBN: 133616)
jeff@drakelawgroup.com
NEEMA TAVAKOLI (SBN: 326866)
neema@drakelawgroup.com
MEGAN VALLES (SBN: 332730)
megan@drakelawgroup.com
DRAKE LAW FIRM
19935 Ventura Blvd., Ste. 202
Woodland Hills, CA 91364
Telephone: (888) 315-5721
Fax: (888) 340-6488
Service: litigation@drakelawgroup.com

Attorneys for Plaintiff
BRAYDON TRAY JONES

DAVID A. SERRANO (SBN: 292372)
dserrano@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
KEY WEST EXPRESS, LTD. and
ROBERT RONALD GROVE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BRAYDON TRAY JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEY WEST EXPRESS, LTD; ROBERT RONALD GROVE; DOE CALIFORNIA CORPORATION; DOE CALIFORNIA LIMITED LIABILITY COMPANY; DOE CALIFORNIA ENTITY; and DOES 1 to 50, inclusive,<br><br>                    Defendants. | CASE NO. 2:22-cv-00143-TLN-JDP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE**<br><br>Judge: Hon. Troy L. Nunley |

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

Having considered the Stipulated Motion to Extend Discovery Deadline and good cause appearing, the parties' Motion is GRANTED.

IT IS HEREBY ORDERED:

The discovery deadlines are now as follows:

1.     Completion of non-expert discovery – May 5, 2023.

**2.**     Disclosure of expert witnesses –**July 10, 2023.**

3.     Disclosure of supplemental experts – August 4, 2023.

Any other pretrial or dispositive motion deadlines are also be extended per the timing provided in the Court's prior orders in line with these new discovery dates.

IT IS SO ORDERED.

DATED: August 24, 2022

Troy L. Nunley
United States District Judge

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111